606

*Messrs. Preston C. West* and *A. A. Davidson* for respondents. 

No. 87. GRAND TRUNK WESTERN RY. Co. *v.* CARPENTER, ADMINISTRATRIX. October 10, 1932. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Messrs. Charles Y. Freeman* and *J. F. Dammann* for petitioner. *Mr. Joseph D. Ryan* for respondent.

No. 88. DICKEY ET AL., EXECUTORS, *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Maurice H. Winger* and *Alton Gumbiner* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *John G. Remey* for respondent. 

No. 134. PARKER, EXECUTRIX, *v.* ROUTZAHN, COLLECTOR OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Carmi A. Thompson* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *John MacC. Hudson* for respondent.

No. 91. TEXAS & PACIFIC RY. Co. *v.* BALDWIN. October 10, 1932. Petition for writ of certiorari to the Supreme Court of Texas denied. *Mr. T. D. Gresham* for petitioner. *Mr. Theodore Mack* for respondent.